IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00356-REB-BNB

DAVID JOLLAY, and
GREGG RAVARINO,

Plaintiffs,

v.

FEDEX FREIGHT, INC., and
FEDERAL EXPRESS CORPORATION,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Stay Proceedings Pending Finalization of Settlement** [docket no. 17, filed May 17, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART. There will be no order to stay, but defendant shall answer or otherwise respond to the plaintiff's Complaint on or before **May 31, 2013**.

IT IS FURTHER ORDERED that the Scheduling Conference set for June 6, 2013, is VACATED, to be reset at a later date, if necessary.

DATED:  May 20, 2013